**IN THE UNITED STATES BANKRUPTCY COURT**
Middle District of Alabama

| | |
|---|---|
| **In the Matter of:** } | |
| } | Case No. 10-31998 |
| BERNICE HARRISON } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**RESPONSE TO OBJECTION TO CONFIRMATION**

COMES NOW the Debtor, by and through attorney, and in response to the Objection to Confirmation will state as follows:

1. Admitted

2. Admitted

3. Admitted.

4. The Debtors took the automobile deductions allowed by schedule B-22 and no additional deductions. The Debtor drives a 2006 Toyota Camry and her son drives her 2005 Chevrolet Cobalt. On Schedule B-22 the debtor took the allowed $478.00 standard deduction for two vehicles on line 27A. On line 28A the debtor took the standard deduction of $496.00 less the average payment of $298.97. On Line 29A, the Debtor is allowed a deduction of $496.00, less the average car payment of $145.75. On schedule J, the debtors took the basic deductions for fuel and insurance, but did not provide for non routine maintenance items, such as tires and vehicle repairs and vehicle replacement cost that will surely arise over the course of a chapter 13 plan. The debtor on schedule J did not take into account replacement cost of vehicles, over the term of the plan.

5. The Debtor's charitable deduction of $716.00 is taken directly from the Debtor's 2009 tax return. According to the Debtors Tax Returns, which will be resent to the Trustee under separate cover, the debtor made contributions of $2,051.00 in 2007, $6,174 in 2008, and $8,600

Case 10-31998    Doc 21    Filed 10/26/10    Entered 10/26/10 17:02:16    Desc Main
Document    Page 1 of 2

in 2009. The 2009 figure would match the figure the debtor listed on B-22 and Schedule J.

. 6. The Debtors forgot to take the maximum deductions $531.00 per month, ten months a year.

Respectfully submitted this day: October 26, 2010.

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above styled motion was this day served upon the following, by placing the same in the United States Mail, properly addressed and postage prepaid, and/or electronics transmission this the 26th day of October, 2010.

Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama

/s/ Richard D. Shinbaum

Richard D. Shinbaum
Attorney for the Debtor